UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND - DETROIT
& VICINITY, *et al*,

        Plaintiffs,

v.

WORLD CLASS UNLIMITED INC.,

        Defendant.

_____/

Case No. 06-13765
Honorable LAWRENCE P. ZATKOFF
Magistrate Judge WALLACE CAPEL JR.

**JUDGMENT**

At as Session of Said Court
held at the United States District Courthouse,
on November 9, 2006, Port Huron, Michigan

PRESIDING: Honorable LAWRENCE P. ZATKOFF
United States District Judge

This Matter has come to be heard on PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT. This Court, after having been fully advised, finds that Plaintiffs are entitled to the relief requested in their application.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

        A.    Defendant entered into (or adopted) a collective bargaining agreement with the Laborers Union and, pursuant to that agreement and applicable law, WORLD CLASS UNLIMITED INC. was obligated to make fringe benefit contributions to plaintiffs for, or with respect to work performed by, those of its employees who were represented by the Laborers Union;

        B.    Defendant is contractually obligated to plaintiffs for the period from (at the latest) January 2005;

    C. Defendant shall specifically perform all of the fringe benefit provisions of the collective bargaining agreements which it entered into with the Laborers Union;

    D. Within fourteen (14) days of service of this judgment, defendant shall submit to plaintiffs (for inspection and audit) any and all books and records (without limitation whatsoever) needed by plaintiffs to determine the amount of defendant's indebtedness for the period from January 2005;

    E. Plaintiffs are awarded the amount owing, if any, for the period from January 2005, as ascertained by the above audit. Plaintiffs are hereby granted leave to file a petition to amend this judgment to incorporate the amount determined to be owed, if any, by that audit.

    F. Plaintiffs are awarded prejudgment interest (calculated upon the unpaid contributions portion of the audit, if any), plus costs and attorneys fees incurred in this action. The amount of prejudgment interest (if any), costs and attorneys fees will be determined at the time of plaintiffs' petition to amend this judgment.

    G. This Court retains jurisdiction for purposes of enforcing this judgment.


            S/Lawrence P. Zatkoff
            LAWRENCE P. ZATKOFF
            UNITED STATES DISTRICT JUDGE

Dated: November 12, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 12, 2006.

                                      s/Marie E. Verlinde
                                      Case Manager
                                      (810) 984-3290